# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JUSTIN SHERWOOD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HORIZON ACTUARIAL SERVICES, LLC,<br><br>Defendant. | Case No.: 1:22-cv-01495-ELR |

## NOTICE OF SETTLEMENT

Plaintiffs, individually and on behalf of all others similarly situated, together with Defendant Horizon Actuarial Services, LLC (collectively, the Parties), hereby give notice that they have reached a class action settlement in principle. The settlement, if approved, will resolve all of the claims in the underlying litigation, including in each action consolidated under the above caption. The Parties respectfully ask the Court to vacate any pending deadlines and stay the matter in its entirety, including any ruling on the Defendant's Motion to Dismiss, while the Parties memorialize the terms of their settlement. Plaintiffs respectfully ask the Court for 30 days, or until August 30, 2023, to file a motion for preliminary approval of the class action settlement.

Respectfully submitted this 31st day of July, 2023.

| | |
|---|---|
| */s/ Alycen A. Moss* <br> Alycen A. Moss <br> Georgia Bar No. 002598 <br> **Cozen O'Connor** <br> The Promenade, Suite 400 <br> 1230 Peachtree St., NE <br> Atlanta, GA 30309 <br> Phone:  (404) 572-2052 <br> amoss@cozen.com <br><br> John J. Sullivan <br> **Cozen O'Connor** <br> 3 WTC, 175 Greenwich St., 55th Floor <br> New York, NY 10007 <br> jsullivan@cozen.com <br><br> Max. E. Kaplan <br> **Cozen O'Connor** <br> One Liberty Place <br> 1650 Market Street, Suite 2800 <br> Philadelphia, PA 19103 <br> mkaplan@cozen.com <br><br> *Counsel for Defendant* | */s/ MaryBeth V. Gibson* <br> MaryBeth V. Gibson <br> Georgia Bar No. 725843 <br> N. Nickolas Jackson <br> Georgia Bar No. 841433 <br> **THE FINLEY FIRM, P.C.** <br> 3535 Piedmont Road <br> Building 14, Suite 230 <br> Atlanta, GA 30305 <br> Telephone: (404) 320-9979 <br> Fax: (404) 320-9978 <br> mgibson@thefinleyfirm.com <br> njackson@thefinleyfirm.com <br><br> *Liaison Counsel* <br><br> Terence R. Coates* <br> **MARKOVITS, STOCK & DEMARCO, LLC** <br> 119 East Court Street, Suite 530 <br> Cincinnati, OH 45209 <br> Phone: (513) 651-3700 <br> Fax: (513) 665-0219 <br> tcoates@msdlegal.com <br><br> Gary M. Klinger* <br> **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC** <br> 227 Monroe Street, Suite 2100 <br> Chicago, IL 60606 <br> Phone: 866.252.0878 <br> gklinger@milberg.com <br><br> Kenya J. Reddy* <br> **MORGAN AND MORGAN COMPLEX LITIGATION GROUP** <br> 201 N. Franklin Street, 7th Floor <br> Tampa, FL 33602 |

Phone: 813-223-5505<br>
Fax: 813-222-4736<br>
kreddy@forthepeople.com

*Interim Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

I certify that on July 31, 2023, I filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

*/s/ MaryBeth V. Gibson*
MaryBeth V. Gibson

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned attorney hereby certifies that on this day the foregoing document was prepared in accordance with L.R. 5.1(C) using Times New Roman, 14 point font.

Dated: July 31, 2023.

*/s/MaryBeth V. Gibson*
MaryBeth V. Gibson

3