# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| JUSTIN SHERWOOD, individually and on behalf all others similarly situated, et al., | * * * * | |
| Plaintiffs, | * * | |
| v. | * * | 1:22-CV-01495-ELR |
| HORIZON ACTUARIAL SERVICES, LLC, | * * * | |
| Defendant. | * * | |

**O R D E R**

Presently before the Court is the Parties' "Notice of Settlement." [Doc. 59]. By that notice, the Parties indicate that "they have reached a class action settlement in principle" that "if approved, will resolve all of the claims in" this case and those consolidated into it. [See id.] The Parties ask the Court to (1) "vacate any pending deadlines and stay th[is] matter in its entirety, including any ruling on the Defendant's Motion to Dismiss, while the Parties memorialize the terms of their settlement" and (2) give Plaintiffs "until August 30, 2023, to file a motion for preliminary approval of the class action settlement." [See id.]

Upon review and consideration and for good cause shown, the Court **STAYS** all proceedings in the matter pending a further order of the Court. The Court **ORDERS** Plaintiffs to, no later than August 30, 2023, file a motion for preliminary approval of the class action settlement they reached with Defendant.

**SO ORDERED**, this 2nd day of August, 2023.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia