## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

JUSTIN SHERWOOD, on behalf of      )
himself and all others similarly   )      Case No. 1:22-CV-01495-ELR
situated,                          )
                                   )
     Plaintiffs,                  )
                                   )
vs.                                )
                                   )
HORIZON ACTUARIAL                  )
SERVICES, LLC,                     )
                                   )
     Defendant.                   )
                                   )
                                   )
                                   )

## ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF PAGE LIMIT

Plaintiffs Justin Sherwood, Lindsey Quan, Tabatha Bedont f/k/a Tabatha Johnson, Greg Torrano, Jennifer Hill, Sia Moody, Anthony Ruiz, Alice Dodd, Frederick Lewis, Douglas Ackman, Ryan Evans, Amber Thomas, and Maria Chavez Motion for Extension of Page Limit, having been read and considered, and for good cause shown, this Honorable Court hereby GRANTS the Motion and Orders that Plaintiffs' page limit is hereby extended to 34 pages for their Memorandum in Support of the Motion for Preliminary Approval.

SO ORDERED this 25th day of August, 2023.

_____

The Honorable Eleanor L. Ross
United States District Court
Northern District of Georgia, Atlanta Division