**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| JUSTIN SHERWOOD, on behalf of himself and all others similarly situated, | ) ) ) | Case No. 1:22-CV-01495-ELR |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| HORIZON ACTUARIAL SERVICES, LLC, | ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING
CONSENT MOTION FOR EXTENSION OF TIME TO FILE
MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION
SETTLEMENT**

For good cause shown, the Court grants the Parties' Consent Motion for Extension of Time for Plaintiffs to file their Motion for Preliminary Approval of Class Action Settlement. Plaintiffs have up through and including September 13, 2023, to file their Motion for Preliminary Approval of Class Action Settlement, supporting Memorandum, Exhibits and the Settlement Agreement.

**SO ORDERED**, this 30th day of August, 2023.

_Eleanor L. Ross_____

Eleanor L. Ross
United States District Judge
Northern District of Georgia