IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JUSTIN SHERWOOD, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HORIZON ACTUARIAL SERVICES, LLC,<br><br>Defendant. | Case No. 1:22-CV-01495-ELR |

**ORDER GRANTING
SECOND CONSENT MOTION FOR EXTENSION OF TIME TO
FILE MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT**

For good cause shown, the Court grants the Parties' Second Consent Motion for Extension of Time for Plaintiffs to file their Motion for Preliminary Approval of Class Action Settlement. Plaintiffs have up through and including September 20, 2023, to file their Motion for Preliminary Approval of Class Action Settlement, supporting Memorandum, Exhibits and the Settlement Agreement. **The Court is not inclined to grant any further extensions of this deadline.**

SO ORDERED, this 13th day of September, 2023.

*Eleanor L. Ross*
Eleanor L. Ross
United States District Judge
Northern District of Georgia