# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JUSTIN SHERWOOD, on behalf of himself and all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) ) |
| HORIZON ACTUARIAL SERVICES, LLC, | ) ) ) ) |
| Defendant. | ) |

Case No. 1:22-CV-01495-ELR

**UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLMENT**

Plaintiffs Justin Sherwood, Lindsey Quan, Tabatha Bedont f/k/a Tabatha Johnson, Greg Torrano, Jennifer Hill, Sia Moody, Anthony Ruiz, Alice Dodd, Frederick Lewis, Douglas Ackman, Ryan Evans, Amber Thomas, and Maria Chavez ("Plaintiffs"), by and through the undersigned counsel, hereby move this Court for an order pursuant to Rule 23(e) of the Federal Rules of Civil Procedure: (1) Preliminarily approving the proposed class action settlement with Defendant Horizon Actuarial Services, LLC ("Horizon"); (2) Certifying the Settlement Class; (3) Appointing Settlement Class Representatives and Class Counsel; (4) Approving Class Notice; (5) Scheduling a date for Final Approval; and (6) for such other and further relief as the Court deems just and proper.  In support of this motion, Plaintiffs concurrently submit their Memorandum of Law In Support of Plaintiffs' Unopposed

Motion; Exhibit 1, the Settlement Agreement and its Exhibits; Exhibit 2, the Joint Declaration of Co-Lead Counsel; and, a Proposed Order for Preliminary Approval of the Proposed Settlement.

Plaintiffs have negotiated a fair, adequate, and reasonable settlement that guarantees Settlement Class Members significant relief in the form of direct reimbursements for expenses incurred, time spent relevant to the Data Security Incident, cash compensation, and a *cy pres* reserve for the benefit of all class members. For these and the reasons set forth in the supporting Memorandum of Law, Plaintiffs respectfully request this Court grant their Motion for Preliminary Approval of Class Action Settlement.

Dated: September 20, 2023                                  Respectfully submitted,

**THE FINLEY FIRM, P.C.**
*/s/ MaryBeth V. Gibson*
MaryBeth V. Gibson
Georgia Bar No. 725843
N. Nickolas Jackson
Georgia Bar No. 841433
3535 Piedmont Road
Building 14, Suite 230
Atlanta, GA 30305
Telephone: (404) 320-9979
Fax: (404) 320-9978

Kenya J. Reddy
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602

        Phone: (813) 202-7185
        Fax: (813) 222-4738

        Gary M. Klinger (pro hac vice)
        **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
        227 Monroe Street, Suite 2100
        Chicago, IL 60606
        Phone: (866) 252-0878
        Email: gklinger@milberg.com

        Terence R. Coates (pro hac vice)
        **MARKOVITS, STOCK & DEMARCO, LLC**
        119 East Court Street, Suite 530
        Cincinnati, OH 45202
        Phone: (513) 651-3700
        Fax: (513) 665-0219
        Email: tcoates@msdlegal.com

        *Counsel for Plaintiffs and The Class*

## CERTIFICATE OF SERVICE

I certify that on September 20, 2023, I filed the foregoing **UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLMENT** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

        */s/ MaryBeth V. Gibson*
        MaryBeth V. Gibson

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), the undersigned attorney hereby certifies that on this day the foregoing document was prepared in accordance with L.R. 5.1(C) using Times New Roman, 14 point font.

Dated: September 20, 2023.

*/s/MaryBeth V. Gibson*
MaryBeth V. Gibson
