IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JUSTIN SHERWOOD, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HORIZON ACTUARIAL SERVICES, LLC,<br><br>Defendant. | Case No. 1:22-CV-01495-ELR<br><br>**ORDER ON JOINT MOTION FOR AMENDMENT OF SETTLEMENT AGREEMENT AND APPROVAL OF REVISED FORMS** |

Upon consideration of the Parties' "Joint Motion for Amendment of the Settlement Agreement and Approval of Revised Forms" [Doc. 76], the Court hereby **GRANTS** the motion, and orders as follows:

1. The Court approves the amendment to the Settlement Agreement to preliminarily approve a Settlement Class of 4,386,969 persons who fall within the Class Definition;

2. The Court approves the increase of the Settlement Fund to $8,733,446.36 (thereby maintaining approximately $1.99 pro rata for each Settlement Class member);

3. The Court approves the increase to the not-to-exceed amount of attorneys' fees to $2,911,148.79, and;

4. The Court approves the redline changes to the postcard notice, the Long Form notice, and the Claim Form.

**SO ORDERED**, this 9th day of November, 2023.

_____
HON.  ELEANOR L. ROSS
UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA