# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JUSTIN SHERWOOD, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HORIZON ACTUARIAL SERVICES, LLC,<br><br>Defendant. | Case No. 1:22-CV-01495-ELR |

## PLAINTIFFS' NOTICE OF FILING THE AMENDED SETTLEMENT AGREEMENT

Plaintiffs hereby provide notice of filing a true and accurate copy of the Amended Settlement Agreement, which includes the material terms that were included in the notice that was previously issued to the Class. On November 9, 2023, the Court entered an Order granting the Parties' Joint Motion for Amendment of the Settlement Agreement and Approval of Revised Forms. (ECF 77.) The Amended Settlement Agreement has been posted on the Settlement Website since December 20, 2023 and it attached as Exhibit A.

Dated: January 8, 2024                                Respectfully submitted,

                                                      */s/ MaryBeth V. Gibson*

MaryBeth V. Gibson
**THE FINLEY FIRM, P.C.**
Georgia Bar No. 725843
N. Nickolas Jackson
Georgia Bar No. 841433
3535 Piedmont Road
Building 14, Suite 230
Atlanta, GA 30305
Telephone: (404) 320-9979
Fax: (404) 320-9978

Kenya J. Reddy
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Phone: (813) 202-7185
Fax: (813) 222-4738

Gary M. Klinger (pro hac vice)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (866) 252-0878
Email: gklinger@milberg.com

Terence R. Coates (pro hac vice)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, OH 45202
Phone: (513) 651-3700
Fax: (513) 665-0219
Email: tcoates@msdlegal.com

*Class Counsel*

## CERTIFICATE OF SERVICE

I certify that on January 8, 2024, I filed the foregoing **PLAINTIFFS' NOTICE OF FILING THE AMENDED SETTLEMENT AGREEMENT** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

*/s/ MaryBeth V. Gibson*
MaryBeth V. Gibson

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned attorney hereby certifies that on this day the foregoing document was prepared in accordance with L.R. 5.1(C) using Times New Roman, 14 point font.

Dated: January 8, 2024.

*/s/MaryBeth V. Gibson*
MaryBeth V. Gibson

3