# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JUSTIN SHERWOOD, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HORIZON ACTUARIAL SERVICES, LLC,<br><br>Defendant. | Case No. 1:22-CV-01495-ELR<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS** |

Plaintiffs Justin Sherwood, Lindsey Quan, Tabatha Bedont f/k/a Tabatha Johnson, Greg Torrano, Jennifer Hill, Sia Moody, Anthony Ruiz, Alice Dodd, Frederick Lewis, Douglas Ackman, Ryan Evans, Amber Thomas, and Maria Chavez ("Plaintiffs"), by and through the undersigned counsel, hereby move this Court pursuant to Rule 23(e) of the Federal Rules of Civil Procedure for an order granting final approval to the Settlement. In support of this motion, Plaintiffs concurrently submit the following:

1. Memorandum of Law In Support of Plaintiffs' Unopposed Motion;

2. Exhibit 1: Declaration of Cameron R. Azari, Esq. on Implementation and Adequacy of Settlement Notice Plain ("Epiq Decl."); and,

3. A Proposed Order for Final Approval of the Settlement.

Plaintiffs have negotiated a fair, adequate, and reasonable settlement that guarantees Settlement Class Members significant relief in the form of direct reimbursements for expenses incurred, time spent relevant to the Data Security Incident, cash compensation, and a *cy pres* reserve for the benefit of all Class Members. For these and the reasons set forth in the supporting Memorandum of Law, Plaintiffs respectfully request this Court grant their Motion for Final Approval of Class Action Settlement.

Dated: March 11, 2024

Respectfully submitted,

**GIBSON CONSUMER LAW GROUP, LLC**
*/s/ MaryBeth V. Gibson*
MaryBeth V. Gibson
Georgia Bar No. 725843
4729 Roswell Road
Suite 208
Atlanta, GA 30342
Telephone: (678) 642-2503
marybeth@gibsonconsumerlawgroup.com

Kenya J. Reddy
**MORGAN & MORGAN**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Phone: (813) 202-7185
Fax: (813) 222-4738
Kreddy@forthepeople.com

Gary M. Klinger (pro hac vice)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

227 Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (866) 252-0878
Email: gklinger@milberg.com

Terence R. Coates (pro hac vice)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, OH 45202
Phone: (513) 651-3700
Fax: (513) 665-0219
Email: tcoates@msdlegal.com

*Class Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on March 11, 2024, I filed the foregoing **PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

*/s/ MaryBeth V. Gibson*
MaryBeth V. Gibson

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned attorney hereby certifies that on this day the foregoing document was prepared in accordance with L.R. 5.1(C) using Times New Roman, 14-point font.

Dated: March 11, 2024.

*/s/MaryBeth V. Gibson*
MaryBeth V. Gibson
