# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JUSTIN SHERWOOD et al,<br>　　　　Plaintiffs,<br><br>vs.<br><br>HORIZON ACTUARIAL SERVICES, LLC<br>　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:22-CV-1495-ELR |

## J U D G M E N T

This action having come before the court, Honorable Eleanor L. Ross, United States District Judge, for consideration of Plaintiff's Motion for Attorney Fees, and the court having granted said motion, it is

Ordered and adjudged that Plaintiffs recover from Defendant the requested $2,911,148.79 as reasonable attorney's fees and the reimbursement of litigation expenses of $18,825.14.

Dated at Atlanta, Georgia this 2nd day of April, 2024.

　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　By:　__s/Parker Thompson_____
　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
April 2, 2024
Kevin P. Weimer
Clerk of Court

By:　__s/Parker Thompson_____
　　　　Deputy Clerk